FILED
December 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003959083

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Gerardo Lopez

　　　　　　　　Debtor.

_____/

Case No. 11-48554

**SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

[No Hearing Required]

We, __Gerardo Lopez__ and __Anita Lopez__, hereby
　　　[Debtor - Print Name]　　　　[Non-Filing Spouse - Print Name]

waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 12/6/11　　　　/s/ Gerardo C Lopez
　　　　　　　　　　　[Debtor - Sign Name]

Dated: 12/6/11　　　　/s/ Anita Lopez
　　　　　　　　　　　[Non-Filing Spouse - Sign Name]

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)

1